**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PABLO CABASSA,**

        **Plaintiff,**

**-vs-**                                                        **Case No. 6:09-cv-635-Orl-31DAB**

**EXCEL ONE, INC., VICTOR M. MAEZTU, II, JEANNETTE MAEZTU, and AVIS BUDGET GROUP, INC.,**

        **Defendants.**
_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Baker (Doc. 17), it is

**ORDERED** that the Report and Recommendation is CONFIRMED, and the Joint Motion to Approve of Settlement Agreements (Doc. 16) is GRANTED. This case is DISMISSED, with prejudice, and the clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 4, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE